IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                Plaintiffs,

      vs.

UBER TRUJILLO-COLINDRES,

                Defendants.

**4:19CR3097**

**ORDER**

Defense counsel Shirley Mora James has moved to withdraw. (Filing No. 24). Defendant has retained a new attorney who has entered his appearance.

IT IS ORDERED:

1)    Defense counsel's motion to withdraw, (Filing No. 24), is granted. Shirley Mora James is hereby withdrawn as counsel.

2)    The clerk shall delete Shirley Mora James from any future ECF notifications herein.

October 5, 2019.

                              BY THE COURT:
                              *s/ Cheryl R. Zwart*
                              United States Magistrate Judge