IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>UBER TRUJILLO-COLINDRES,<br><br>    Defendant. | 4:19-CR-3097<br><br>ORDER |

IT IS ORDERED:

1. The defendant's unopposed motion to continue trial (filing 58) is granted.

2. The above-captioned criminal case is set for a jury trial before the undersigned judge in Courtroom 1, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE, commencing at 9:15 a.m. on Monday, August 31, 2020, or as soon thereafter as the case may be called.

3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that for the reasons stated in the defendant's motion, the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between today's date and August 31, 2020, shall be deemed excludable time in any computation of time under the requirement of the

Speedy Trial Act. Failure to object to this order will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 15th day of July, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge